**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 06-cv-00920-REB-MEH

DIVERSIFIED MARKETING GROUP, INC.,

a Colorado corporation,

Plaintiff,

v.

SCOTT TRICK, an individual,

Defendant.

_____

**ORDER CONCERNING MOTION TO WAIVE BOND**
_____

**Blackburn, J.**

This matter is before me on the plaintiff's **Notice of Tentative Settlement and Motion to Waive Bond** [#22], filed June 1, 2006.  The motion is granted.

On May 30, 2006, I entered an order [#19] granting the plaintiff's motion for temporary restraining order.  The plaintiff now reports that the defendant has complied with the temporary restraining order, and that the parties have reached a tentative settlement of this case.  The plaintiff reports that the parties expect to file final settlement and dismissal papers prior to June 12, 2006.

In my temporary restraining order, I required the plaintiff to post security in the amount of five thousand dollars for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been enjoined or restrained wrongfully.  The plaintiff now reports that, in light of the settlement, the defendant has agreed to waive the requirement that the plaintiff post this security.

-2-

**THEREFORE, IT IS ORDERED** as follows:

1.  That the plaintiff's **Notice of Tentative Settlement and Motion to Waive Bond** [#22], filed June 1, 2006, is **GRANTED**;

2.  That pending the filing of final settlement and dismissal documents by the parties, or a hearing on the plaintiff's motion for preliminary injunction, the requirement that the plaintiff post security in the amount of five thousand dollars is **WAIVED**;

3.  That on or before **June 9, 2006**, the parties **SHALL FILE** either final settlement and dismissal papers or a report indicating that a final settlement and stipulated dismissal is not complete;

4.  That the hearing on the plaintiff's motion for preliminary injunction, previously set for June 12, 2006, at 1:30 p.m., **SHALL REMAIN** on the court's calendar absent the filing of final settlement and dismissal papers or an order of this court vacating the hearing.

Dated June 1, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge