**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-00920-REB-MEH

DIVERSIFIED MARKETING GROUP, INC.,

a Colorado corporation,

Plaintiff,

v.

SCOTT TRICK, an individual,

Defendant.

---

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

    This matter is before me on the parties' **Joint Motion for Entry of Order and Consent Judgment** [#24], filed June 8, 2006.  Concurrent with the entry of this order, I have executed the Stipulated Order and Consent Judgment submitted by the parties. That order fully resolves this litigation.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **JUDGMENT SHALL ENTER** in favor of the plaintiff and against the defendant consistent with the terms of the Stipulated Order and Consent Judgment entered concurrently with this order;

    2.  That the hearing on the plaintiff's motion for preliminary injunction, currently set for June 12, 2006, at 1:30 p.m., is **VACATED**; and

3.  That this case is **DISMISSED**, with each party to bear their own fees and costs.

Dated June 9, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**